Filed 6/27/24  P. v. Carbajal CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>　Plaintiff and Respondent,<br><br>v.<br><br>RAMON CARBAJAL,<br><br>　Defendant and Appellant. | 2d Crim. No. B332582<br>(Super. Ct. No. 2023003776)<br>(Ventura County) |

　　Ramon Carbajal appeals a judgment entered following his conviction of assault with a deadly weapon (knife), with findings concerning arming with a deadly weapon, victim vulnerability, and criminal history.  (Pen. Code, § 245, subd. (a)(1)[1]; Cal. Rules of Court, rule 4.421(a) & (b) [circumstances in aggravation].)

　　On May 1, 2023, the prosecutor filed a felony information charging Carbajal with assault with a deadly weapon and alleging special sentencing allegations.  (§ 245, subd. (a)(1); Cal. Rules of Court, rule 4.421(a)(2), (3) & (b)(1)-(5).)  Following a jury

---

[1] All statutory references are to the Penal Code.

trial, Carbajal was convicted of assault with a deadly weapon and two special allegations were found true (arming with a deadly weapon and victim vulnerability). Separately, Carbajal admitted four special allegations concerning his criminal history.

On October 6, 2023, the trial court sentenced Carbajal to a midterm three years' imprisonment. The court imposed a $300 restitution fine and a $300 parole revocation restitution fine (suspended) and awarded Carbajal 469 days of presentence custody credit. (§§ 1202.4, subd. (b), 1202.45.)

Evidence at trial established that D.A., a middle-school student, and four of her friends were walking to Starbucks after school. Carbajal walked behind the girls; he was mumbling and smelled of marijuana. He held a pocketknife in his hand which he picked up from the ground.

Carbajal walked closely behind D.A. The other girls ran away. D.A. began to run when Carbajal waved the knife. She felt the knife poke her on her back resulting in a scratch. Starbucks employees saw the incident and summoned police.

We appointed counsel to represent Carbajal in this appeal. After counsel's examination of the record, counsel filed an opening brief raising no issues.

On April 16, 2024, we advised Carbajal that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Carbajal's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

We affirm the judgment.

<u>NOT TO BE PUBLISHED.</u>


                                  GILBERT, P. J.

We concur:



YEGAN, J.



CODY, J.

Maureen Houska, Judge

Superior Court County of Ventura

_____

Ryan Peabody, under appointment by the Court of Appeal,
for Defendant and Appellant.

No appearance for Plaintiff and Respondent.